# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KEITH E. MARTIN,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-186-C

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    The decision of defendant, Michael J. Astrue, Commissioner of Social Security, denying in part plaintiff Keith Martin's application for disability insurance benefits is AFFIRMED.

THERESA M. OWENS

_____
Theresa M. Owens, Clerk

/s/ S. Vogel

by Deputy Clerk

10/4/07

_____
Date